734-15

CCA # 13-13-00387-CR

STYLE: DARYL DOTSON v. THE STATE OF TEXAS

TRIAL COURT: Criminal District Court 2 of Dallas County

TRIAL COURT #: F-1163228-I

TRIAL COURT JUDGE: Hon. Don Adams

DISPOSITION: Affirm

DATE: _____

JUSTICE: _____ PC ___ S ____

PUBLISH: _____        DNP: _____

CLK RECORD: _____

RPT RECORD: _____

STATE BR: _____

APP BR: _____

OFFENSE: Capital Murder

COUNTY: Dallas

_____ MOTION
FOR REHEARING IS: _____
DATE: 6/4/15
JUDGE: Judge Dori C. Garza

SUPP CLK RECORD _____

SUPP RPT RECORD _____

SUPP BR _____

PRO SE BR _____

## IN THE COURT OF CRIMINAL APPEALS

CCA # __**734-15**__

----------------------

__APPELLANT'S__ Petition

FOR DISCRETIONARY REVIEW IN CCA IS:

__REFUSED__

DATE: __10/14/2015__

JUDGE: __Per Curiam__

Disposition: _____

DATE: _____

JUDGE: _____

SIGNED: _____        PC: _____

PUBLISH: _____        DNP: _____

----------------------

_____ MOTION FOR REHEARING IN

CCA IS: _____ ON _____

JUDGE: _____

MOTION FOR STAY OF MANDATE IS:

_____ ON _____

JUDGE: _____